IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KATHLEEN WAGNER,

                Plaintiff,                ORDER

  v.

                                            13-cv-497-jdp

PFIZER INC., TEVA PHARMACEUTICAL
INDUSTRIES, LTD., WYETH LLC, GREENSTONE LLC,
PHARMACIA LLC, WYETH PHARMACEUTICALS INC.,
ESI LADERLE, DURAMED PHARMACEUTICALS, INC.,
PHARMACIA AND UPJOHN LLC, and
PHARMACIA AND UPJOHN COMPANY LLC,

                Defendants.

---

      Based on the joint motions by plaintiff and the remaining defendants, Dkt. 105 and Dkt. 107, Pfizer Inc., Wyeth LLC, Greenstone LLC, Pharmacia LLC, Wyeth Pharmaceuticals Inc., Esi Lederle, Pharmacia and Upjohn LLC, Pharmacia and Upjohn Company LLC, Teva Pharmaceutical Industries, Ltd., and Duramed Pharmaceuticals Inc. are DISMISSED from this case with prejudice and without costs and fees to any party. All pending motions are DENIED as moot. The clerk is directed to close this case.

      Entered May 15, 2015.

                                  BY THE COURT:

                                  /s/

                                  JAMES D. PETERSON
                                  District Judge