IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KATHLEEN A. WAGNER,

        Plaintiff,                             JUDGMENT IN A CIVIL CASE

    v.                                       Case No. 13-cv-497-jdp

PFIZER INC., TEVA PHARMACEUTICAL
INDUSTRIES, LTD., WYETH LLC, GREENSTONE LLC,
PHARMACIA LLC, WYETH PHARMACEUTICALS INC.,
ESI LADERLE, DURAMED PHARMACEUTICALS, INC.,
PHARMACIA AND UPJOHN LLC,
PHARMACIA AND UPJOHN COMPANY LLC,
TEVA PHARMACEUTICALS USA. INC.,
BARR PHARMACEUTICALS, LLC and
BARR LABORATORIES, INC.,

        Defendants.

---

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Teva Pharmaceuticals USA, Inc., Barr Pharmaceuticals, LLC (f/k/a Barr Pharmaceuticals Inc.) and Barr Laboratories, Inc. against plaintiff Kathleen A. Wagner granting defendants' motion for judgment on the pleadings and dismissing defendants Teva Pharmaceuticals USA, Inc., Barr Pharmaceuticals, LLC and Barr Laboratories, Inc. from this case with prejudice.


          __s/ A. Wiseman, Deputy Clerk__                     __June 2, 2015__
            Peter Oppeneer, Clerk of Court                           Date