IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| KATHLEEN A. WAGNER, ] | |
| ] | |
| Plaintiff, ] | JUDGMENT IN A |
| v. ] | A CIVIL CASE |
| ] | |
| PFIZER INC., TEVA PHARMACEUTICAL ] | Case No. 13-cv-497-jdp |
| INDUSTRIES, LTD., WYETH LLC, GREENSTONE LLC, ] | |
| PHARMACIA LLC, WYETH PHARMACEUTICALS INC., ] | NOTICE OF APPEAL |
| ESI LEDERLE, DURAMED PHARMACEUTICALS, INC., ] | |
| PHARMACIA AND UPJOHN LLC, ] | |
| PHARMACIA AND UPJOHN COMPANY LLC, ] | |
| TEVA PHARMACEUTICALS USA. INC., ] | |
| BARR PHARMACEUTICALS, LLC and ] | |
| BARR LABORATORIES, INC., ] | |
| ] | |
| Defendants. ] | |

---

Notice is hereby given that Kathleen A. Wagner, Plaintiff, by her attorneys, Wagner Law Offices, S. C. in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Final Judgment in a Civil Case entered in this action on the 2nd day of June, 2015.

/s/ Kathleen A. Wagner, Esq.
Wagner Law Offices, S. C.
Attorney for Plaintiff
4513 Vernon Blvd.
Suite 10
Madison, WI 53705-4964
(608)256-6000
Fax: (608)238-1500
Email: attorney@execpc.com